UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

Leonid Mikityanskiy                 Plaintiff,                   10 CV 7667 (LBS)

     -against-

Sears Roebuck & Co. et al.          Defendant.
-------------------------------------------------- X

NOTICE OF CHANGE OF ADDRESS

[X]  I have cases pending                    [ ]  I have no cases pending

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for: Leonid G. Mikityanskiy

[X]   Attorney

    [X]   I am a United States District Court, Southern District of New York attorney.  My SDNY Bar Number is: LM1337 ; My State Bar Number is: 4369583

    [ ]   I am a Pro Hac Vice attorney

    [ ]   I am a Government Agency attorney

[ ]   Law Firm/Government Agency Association

    From: _____

    To: _____

    [ ]   I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    [ ]   I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance was entered on _____ by Judge_____.

[X] Address:     1517 Voorhies Avenue, Brooklyn, NY 11235

[ ] Telephone No.:

[ ] Fax No.:

[ ] E-Mail Address:

Dated: February 3, 2011

_____
ATTORNEY'S SIGNATURE