UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
LEONID MIKITYANSKIY,
        Plaintiff,

v.                                    10 CV 7667 (LBS)

SEARS ROEBUCK AND CO. and        **CORPORATE DISCLOSURE**
KENMORE,                                 **STATEMENT BY DEFENDANTS**
        Defendants.
------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the non-governmental corporate party Sears, Roebuck and Co. in the above listed action has the following corporate parent corporation and publicly held corporation that owns 10% or more of its stock: Sears Holdings Corporation. The non-governmental defendant Kenmore is misnamed as a corporate entity and there is no parent corporation and publicly held corporation that owns 10% or more of its stock.

Dated: New York, New York
        February 4, 2011

                                                Respectfully submitted,

                              By:    /s/ Judith S. Roth
                                          Judith S. Roth
                                          Thomas M. Crispi
                                          SCHIFF HARDIN LLP
                                          900 Third Avenue
                                          New York, New York 10022
                                          Tel: 212.753.5000
                                          Fax:212.753.5044

                                          Attorneys for Defendants Sears,
                                          Roebuck and Co. and Kenmore