UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
LEONID MIKITYANSKIY,
          Plaintiff,
    v.

SEARS ROEBUCK AND CO. and
KENMORE,
          Defendants.
------------------------------------------------------X

10 CV 7667 (LBS)

**NOTICE OF MOTION TO DISMISS**

      PLEASE TAKE NOTICE that, upon the accompanying Declaration of Judith S. Roth dated February 4, 2011 with annexed exhibits including the Complaint, and the accompanying Memorandum of Law, and all prior proceedings had herein, defendants Sears, Roebuck and Co. and Kenmore will move this Court in Courtroom 15-A at the United States Courthouse, 500 Pearl Street, New York, New York on Thursday, February 17, 2011 at 2:15 P.M. pursuant to Rules 8(a), 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure for an Order dismissing the plaintiff-relator Leonid Mikityanskiy's Complaint against defendants.

      Pursuant to this Court's Individual Practices, opposing papers to this motion (if any) must be served no later than 12:00 noon on Monday, February 14, 2011, and reply papers (if any) must be served no later than 12:00 noon on Wednesday, February 16, 2011.

Dated:  New York, New York
          February 4, 2011

By:    /s/ Thomas M. Crispi
       Thomas M. Crispi
       Judith S. Roth
       Schiff Hardin LLP
       900 Third Avenue
       New York, New York 10022
       212.753.5000

       *Attorneys for Defendants Sears,*
       *Roebuck and Co. and Kenmore*

NY\50937108.2